**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 13a0838n.06

No. 12-3164

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 19, 2013
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE SOUTHERN |
| ADAM BEETZ, | ) | DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

BEFORE:  COOK, GRIFFIN, and KETHLEDGE, Circuit Judges.

PER CURIAM.  Adam Beetz appeals the district court's judgment of conviction and sentence.

Beetz was charged with several drug and firearm offenses.  After the district court denied his motion to suppress certain evidence, Beetz, pursuant to a plea agreement, pleaded guilty to conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).  The district court sentenced him to consecutive prison terms of ten and sixty months, respectively.

On appeal, Beetz argues that the district court erred by denying his motion to suppress. However, Beetz is barred from raising the suppression issue on appeal because he did not preserve

his right to do so in his written plea agreement or otherwise make clear that he wished to preserve his right to appeal the issue. *See United States v. Young*, 580 F.3d 373, 376 (6th Cir. 2009).

Accordingly, we affirm the district court's judgment.